**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                                                                    Case No. 3:05-M-0087-HTS

ZIYAD IBRAHIM ALAZAYDEH
    a/k/a Ziyad Ababseh
_____

**O R D E R**

    This cause came before the Court on April 28, 2005, for a status hearing.  Defendant appeared before the Court with counsel and waived his right to be indicted within thirty days of his arrest, under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, as stated in the Waiver of Thirty-Day Time Period Under 18 U.S.C. § 3161, filed in open court.  In that regard, the Court made inquiry of Defendant, under oath, and based thereon, finds Defendant knowingly, intentionally, voluntarily, and freely waived his right under the Speedy Trial Act to be indicted within thirty days of his arrest.  In addition, having considered the factors identified in 18 U.S.C. § 3161(h)(8)(B), the Court concludes in light of the reasons stated at the hearing  "that the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial."  18 U.S.C. §

3161(h)(8)(A).  Therefore, all time waived by the Defendant shall be considered as excludable time within the terms of 18 U.S.C. § 3161(h)(8)(A).

**DONE AND ORDERED** at Jacksonville, Florida, this 28th day of April, 2005.

/s/      Howard T. Snyder
HOWARD T. SNYDER
UNITED   STATES   MAGISTRATE   JUDGE


Copies furnished to:
U.S. Attorney (Gallagher)
Alma Defillo, Esquire